Former decision, 565 U.S. 963, 132 S. Ct. 457, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7534.

---

**No. 11-5082. Derek N. Jarvis, Petitioner v. Grady Management, Inc., et al.**

565 U.S. 1075, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8314.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 889, 132 S. Ct. 266, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5260.

---

**No. 11-5115. Gregg Moore, Petitioner v. Illinois.**

565 U.S. 1075, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8446.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 890, 132 S. Ct. 270, 181 L. Ed. 2d 159, 2011 U.S. LEXIS 5787.

---

**No. 11-5224. Adeline Cotton Ricks, Petitioner v. Newport News Shipbuilding and Dry Dock Company, et al.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8463.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 896, 132 S. Ct. 284, 181 L. Ed. 2d 170, 2011 U.S. LEXIS 5589.

---

**No. 11-5271. Mark A. Gleason, Petitioner v. California.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8411.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 898, 132 S. Ct. 290, 181 L. Ed. 2d 175, 2011 U.S. LEXIS 5524.

---

**No. 11-5295. Ethan Book, Jr., Petitioner v. Richard Tobin, et al.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8323.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 900, 132 S. Ct. 293, 181 L. Ed. 2d 177, 2011 U.S. LEXIS 5576.

---

**No. 11-5304. Elena Sturdza, Petitioner v. United Arab Emirates, et al.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8425.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 900, 132 S. Ct. 295, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5391.

---

**No. 11-5307. Elena Sturdza, Petitioner v. United Arab Emirates, et al.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8362.

November 28, 2011. Petition for rehearing denied.